# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | CASE NO. 4:10CR65 |
| v. | § | |
| | § | |
| GEARY MILLS | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636. On October 8, 2010, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Geary Mills' Motion to Suppress Evidence (Dkt. 170) be **DENIED**.

The court, having made a *de novo* review of the objections raised by Defendant, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of Defendant are without merit. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

It is, therefore, **ORDERED** that Defendant Geary Mills' Motion to Suppress Evidence (Dkt. 170) is **DENIED**.

**IT IS SO ORDERED.**

**SIGNED this the 17th day of February, 2011.**

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE